**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NJSC NAFTOGAZ OF UKRAINE, et al.,<br>*Petitioners*,<br>v.<br>THE RUSSIAN FEDERATION,<br>*Respondent*. | Case No. 1:23-cv-01828-JDB |

**ATTORNEY OLIVIA WANG'S NOTICE OF WITHDRAWAL AS COUNSEL FOR RESPONDENT THE RUSSIAN FEDERATION**

Please take notice that, pursuant to Local Rule 83.6, Olivia Wang withdraws her appearance as counsel for defendant The Russian Federation ("Russia") in this action. Successor counsel, David Riesenberg and Dilmurod Satvaldiev, have previously entered appearances on behalf of Russia and will continue to represent Russia in this action. Russia consents to this withdrawal.

Dated: November 12, 2026

Respectfully submitted,

/s/ *Olivia Wang*
Olivia Wang (D.C. Bar No. NY0709)
CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP
1875 K Street N.W. 425
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
Email: jpizzurro@curtis.com

/s/ *Mikhail Vinogradov*
Prosecutor General's Office of the Russian Federation, Director General, General Directorate for International Legal Cooperation
str. Bolshaya Dmitrovka, 15a,
Moscow, Russian Federation, GSP-3, 125993
Tel.: +7 (495) 987-56-56
Email: legal.protection@genproc.gov.ru

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record, including counsel for Petitioner.

*/s/ Olivia Wang*
Olivia Wang